THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Joshua James Cameron, Appellant.
 
 
 

 

Appeal From York County
 John C. Hayes, III, Circuit Court Judge

Unpublished Opinion No. 2010-UP-184
 Submitted March 1, 2010  Filed March 2,
2010   

AFFIRMED

 
 
 
 Appellate Defender Robert M. Pachak, of Columbia, for Appellant.
 John Benjamin Aplin, of Columbia, for Respondent.
 
 
 

PER CURIAM:  Joshua James Cameron appeals the
 imposition of global positioning satellite monitoring following the revocation
 of his probation, arguing the circuit court erred in hearing the State's motion
 to reconsider, which was filed after the expiration of the term of court during
 which Cameron's probation was revoked.  We affirm[1] pursuant to
 Rule 220(b), SCACR, and the following authorities:  Rule 29(a), SCRCrimP (permitting
 a party to a criminal action to file post-trial motions within ten days from
 the date sentence was imposed, and exempting hearing of such motions from the
 rule that criminal matters may not be heard after the end of the term of court
 during which judgment was rendered); State v. Campbell, 376 S.C. 212,
 215, 656 S.E.2d 371, 373 (2008) (recognizing Rule 29(a), SCRCrimP, enunciates
 two exceptions to the general rule that the circuit court "is without
 jurisdiction to consider a criminal matter once the term of court during which
 judgment was entered expires").  
AFFIRMED.
PIEPER and GEATHERS,
 JJ., and CURETON, A.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.